# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JOHNNY FUSELIER, INDIVIDUALLY AND ON**
**BEHALF OF A CLASS OF ALL OTHERS**
**SIMILARLY SITUATED**                                        **PLAINTIFF**

**V.**                                                                                                **NO. 1:25-cv-268-HSO-BWR**

**JOHN S. RISCASSI, IN HIS OFFICIAL CAPACITY**
**AS THE CHIEF OPERATING OFFICER OF THE**
**ARMED FORCES RETIREMENT HOME**                        **DEFENDANTS**

## DEFENDANT'S MOTION TO STAY

       Defendant, John S. RisCassi, in his official capacity as the Chief Operating Officer of the Armed Forces Retirement Home, by and through the Acting United States Attorney for the Southern District of Mississippi and the undersigned Assistant United States Attorney, hereby requests that this case be stayed. For cause, Defendant shows as follows:

       1.      At the end of the day on September 30, 2025, the appropriations act funding the Department of Justice expired, and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when Congress will restore funding.

       2.      Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

       3.      The undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress restores appropriations to the Department.

       4.      If this motion for a stay is granted, undersigned counsel will notify the Court when Congress appropriates funds for the Department.

5. Defendant requests that all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

6. Due the urgent and necessitous nature of this Motion, Defendant further requests relief under Local Rule 7(b)(4) from the obligation to file a memorandum brief in support of this Motion.

7. Although Defendant greatly regrets any disruption caused to the Court and Plaintiff, Defendant moves for a stay of the case until Department of Justice attorneys are permitted to resume their civil litigation functions.

Date:  October 1, 2025

Respectfully submitted,

PATRICK A. LEMON
*ACTING UNITED STATES ATTORNEY*

/s James E. Graves, III
James E. Graves, III (MSB # 102252)
Assistant United States Attorney
501 E. Court Street - Suite 4.430
Jackson, Mississippi     39201
601-973-2864 (Phone)
601-965-4409 (Fax)
E-Mail: james.graves@usdoj.gov

Attorney for Defendant